Steven M. Speier, C.P.A.
Post Office Box 7637
Newport Beach, CA 92658
Telephone: (949) 561-3749
sspeier@glassratner.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**Daisy Wheel Ribbon Co., Inc.,**<br><br>Debtor(s) | Chapter 7<br><br>Case No. 6:20-BK-10762-MH<br><br>**NOTIFICATION OF ASSET CASE**<br><br>No Hearing Required |

**TO MARK D. HOULE, CLERK OF THE UNITED BANKRUPTCY COURT:**

Steven M. Speier, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Dated: February 20, 2020

_____
Steven M. Speier, Chapter 7 Trustee