MITCHELL L. NORTON, CA Bar No. 167018
Deputy County Counsel
MICHELLE D. BLAKEMORE, CA Bar No. 110474
County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone:  (909) 387-5444
Fax:            (909) 387-4069
Email: MNorton@cc.sbcounty.gov
Attorneys for
COUNTY OF SAN BERNARDINO

DAVID J. COOK, Esq. CA BA NO: 060859
COOK COLLECTION ATTORNEYS PLC.
16 5 Fell Street
San Francisco, CA  94102
Telephone: (415) 989-4730
Fax: (415)  989 0491
Email: Cook@CookCollect.Com
Attorneys for HP INC., a Delaware Corporation

ROBERT P. GOE, Esq. CA BAR NO. 137019
GOE FORSYTHE & HODGES LLP
18101 Von Karman, Suite 1200
Irvine, CA 92612
Telephone: 949 798 2460
Fax:  949 955 9437
Email: Kmurphy@goeforlaw.com
Attorneys for STEVEN M. SPEIER, Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Daisy Wheel Ribbon Co., Inc.,<br><br>          Debtor. | CASE NO. 6:20 bk 10762 MH<br><br>**STIPULATION TO TRANSFER ACCOUNTS PAYABLE HELD BY COUNTY OF SAN BERNARDINO TO TRUSTEE STEVEN M. SPEIER** |

1

STIPULATION REGARDING PAYMENT INTO COURT OF ACCOUNTS PAYABLE

1      WHEREAS, the County of San Bernardino's ("County") Auditor, Ensen Mason, was
2 served with creditor HP Inc.'s Notice of Demand and Affidavit in Support of Turnover of
3 Accounts Payable Due from the County and agencies thereof, pursuant to C.C.P. Section
4 708.730 (a) and Section 708.750 ("Notice") on or about November 19, 2019, which arose from
5 the enforcement of the judgment in the action entitled *HP Inc. v. Daisy Wheel Ribbon Co., Inc.*,
6 pending in the Superior Court of California, County of San Bernardino, Case Number CIVDS
7 1616366 ("Collection Action"); and

8

9      WHEREAS, the Notice incorporates HP Inc.'s counsel's sworn declaration and attaches
10 an Abstract of Judgment in favor of HP Inc. as judgment creditor with regard to a judgment in
11 the amount of $778,737,47 against debtor and defendant Daisy Wheel Ribbon Co. Inc. dba
12 Daisy I.T. Supplies, Sales and Service ("Daisy Wheel"); and

13

14      WHEREAS, counsel for HP Inc. and the County have met and conferred telephonically
15 and in writing regarding the most efficient and least burdensome method by which the County
16 can comply with its statutory obligations under the above-cited California statutes; and

17

18      WHEREAS, the County's various constituent departments have purchased products from
19 Daisy Wheel; and

20

21      WHEREAS, counsel and the parties herein agree that the most expeditious way to
22 proceed is that the County's Purchasing Department will withhold all payments due from County
23 departments to Daisy Wheel for County Purchases and turn over the sum total of all such
24 purchases ("purchases") in the approximate amount of $236,611.07 to the Chapter 7 Steven M.
25 Speier ("Trustee"), along with a notice and documentation setting forth a summary accounting
26 thereof, twice monthly (once on the first business day of the month and secondly on the 15th), up
27 until the balance due from the County to Daisy Wheel is satisfied; and
28

1  WHEREAS, prior to the County's turnover to HP of the funds generated by such purchases, Daisy Wheel filed a Chapter 7 proceeding in the United States Bankruptcy Court, Central District of California, Case Number 6:20 bk 10762, MH, and Trustee is the duly appointed and acting trustee therein, and the parties agree is therefore the appropriate holder and custodian of funds herein; and

WHEREAS, HP Inc. is a creditor of Daisy Wheel and engaged in the enforcement of the judgment against Daisy Wheel and intends to assert various lien and levy interests in any funds generated by Daisy Wheel's sales to the County, but hereby consents to the turnover of funds to the Trustee, with a reservation of all its rights, claims, liens, and/or levy interests to be resolved by the Trustee and this court;

IT IS HEREBY STIPULATED:

1. The County shall turn over all funds collected, received, and held for the benefit of HP, Inc. from the enforcement of the Collection Action, as well as since the bankruptcy filing, to Trustee of the Estate of Daisy Wheel Ribbon Co., Inc. and accompany same with a summary accounting thereof.
2. Any interest, claim, lien, right, or title of HP Inc. shall be preserved herein and affixed to the funds in the possession of the Trustee, subject to all of Trustee's rights and defenses thereto, and that any said liens and interests of HP Inc. shall attach to all proceeds in the hands of the Trustee.
3. Upon reasonable request, the County shall use its best efforts to provide a summary accounting to the Trustee.
4. The parties hereto agree to execute any and all such further documents to facilitate the transfer of funds as set forth herein.
5. The parties herein agree that the Bankruptcy Court may enter an order consistent with this Stipulation and that the parties are subject to the court's jurisdiction.

2KV5186

6. Counsel represent that they have the authority to execute this stipulation on behalf of their respective clients herein.

DATED: March 27, 2020

MICHELLE D. BLAKEMORE
County Counsel

MITCHELL U. NORTON
Deputy County Counsel

Attorneys for County of San Bernardino

DATED: March 27, 2020

DAVID J. COOK
Cook Collection Attorneys PLC

DAVID COOK

Attorneys for HP Inc.

DATED: March __, 2020

GOE AND FORSYTHE, LLP

ROBERT P. GOE
Attorneys for Trustee Steven M. Speier, Esq.

6. Counsel represent that they have the authority to execute this stipulation on behalf of their respective clients herein.

DATED: March __, 2020

MICHELLE D. BLAKEMORE
County Counsel

_____
MITCHELL L. NORTON
Deputy County Counsel

Attorneys for County of San Bernardino

DATED: March __, 2020

DAVID J. COOK
Cook Collection Attorneys PLC

_____
DAVID COOK

Attorneys for HP Inc.

DATED: March 26, 2020

GOE AND FORSYTHE, LLP

_____
ROBERT P. GOE
Attorneys for Trustee Steven M. Speier, Esq.

4

STIPULATION REGARDING PAYMENT INTO COURT OF ACCOUNTS PAYABLE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO TRANSFER ACCOUNTS PAYABLE HELD BY COUNTY OF SAN BERNARDINO TO TRUSTEE STEVEN M. SPEIER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 27, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **David J Cook**     Cook@SqueezeBloodFromTurnip.com
- **Louis J Esbin**    Louis@Esbinlaw.com
- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Ronak N Patel**    rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
- **Steven M Speier (TR)**    lmorvant@glassratner.com, sms@trustesolutions.net,sspeier@glassratner.com,C183@ecfcbis.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 27, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 27, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark Houle, USBC, 3420 Twelfth Street, Riverside Ana, CA 92501
(no delivery due to COVID-19)
David J. Cook, Esq.  cook@cookcollect.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 27, 2020 | Susan C. Stein | /s/Susan C. Stein |
| *Date* | *Printed Name* | *Signature* |