| Attorney or Party Name, Address, Telephone & Fax Nos,. State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven M. Speier, C.P.A.<br>Post Office Box 7637<br>Newport Beach, CA 92658<br>(949) 561-3749<br>sspeier@glassratner.com<br><br>Ch. 7 Trustee<br><br>☐ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without an attorney | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>**Daisy Wheel Ribbon Co., Inc.**<br><br><br><br><br><br>Debtor(s). | Case NO.: 6:20-BK-10762-MH<br>Chapter 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING AND DECLARATION OF TRUSTEE**<br><br>[No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appoint chapter 7 trustee has filed the following motion for court to approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explain all of the reasons for opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, Plus 3 additional days if you were served by mail, electronically or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A
2. The estimate date for submitting a final report is
3. Cash disbursements period: August 2020.
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2)

Date: August _15_, 2020

_____
Steven M. Speier, Chapter 7 Trustee

---

This for is optional. It has been approved for use in the United States Bankruptcy Court for the CENTRAL DISTRICT OF CALIFORNIA.

F 2016-2.2.MOTION.TRUSTEE.DISBURSE

## DECLARATION OF TRUSTEE

I, <u>Steven M. Speier</u>, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make case disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

| August 15, 2020 | Steven M. Speier | _____ |
|---|---|---|
| Date | Printed Name | Signature |

This for is optional. It has been approved for use in the United States Bankruptcy Court for the CENTRAL DISTRICT OF CALIFORNIA.

Page 2

F 2016-2.2.MOTION.TRUSTEE.DISBURSE

### EXHIBIT "A"

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

This case was assigned to the Trustee on January 30, 2020.

To date, the Trustee is in receipt of full payment/turnover of funds in the approximate $401,532.41 from the administration of all assets of the estate. Funds on hand total approximately 400,586.40.

The estate incurred a tax liability. This liability was taken into consideration during the litigation and settlement negotiations. Based upon thorough review, this case is not yet ready for closing. However, it is necessary to file corporate tax returns. The Trustee employed the accounting firm of Karl T. Anderson CPA, Inc to prepare the estate's tax returns for the calendar years of 2018, 2019, and 2020. Because interest and penalties will continue to accrue, and in order to maximize funds on hand for an ultimate distribution, the Trustee has filed the federal and state tax returns, including the necessary payments to the Internal Revenue Service and the Franchise Tax Board. Therefore, the Trustee respectfully requests that the Court enter its Order approving the disbursements retroactively.

The Trustee is in the process of investigating and liquidating other potential assets of the estate.

This for is optional. It has been approved for use in the United States Bankruptcy Court for the CENTRAL DISTRICT OF CALIFORNIA.

Page 3

F 2016-2.2.MOTION.TRUSTEE.DISBURSE

## EXHIBIT "B"

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

| | |
|---|---|
| $ _____ | Rent or Mortgage Payment |
| $ _____ | Property Tax |
| $ _____ | Insurance |
| $ _____ | Utilities |
| $ _____ | Repair and Maintenance |
| $ _____ | Property Management |
| $ _____ | Security Services |
| $ _____ | Advertising Sale of Assets |
| $ _____ | Actual Cost of Noticing, Copying and Postage |
| $ _____ | Storage of Estate Assets and/or Books and Records |
| $ _____ | Long Distance Telephone |
| $ _____ | Expedited Mail |
| $ _____ | Teletransmission |
| $ _____ | Delivery of Documents |
| $ _____ | Filing and Process Serving |
| $ _____ | Bank Charges for Research and/or Copies |
| $ _____ | Clerk's Charges |
| $ _____ | Court Reporting Fees |
| $ _____ | Witness Fees |
| $ _____ | Transcript Fees |
| $ _____ | Notary Fees |
| $ _____ | Recording Fees |
| $ _____ | Trustee Travel and Lodging (includes lodging, meals, mileage and parking) |
| $ _____ | Other: |
| $ _____ | Other: |
| $ _____ | Other: |
| $ _____ | Other: |

**Total:** $_____ Estimated Recurring Monthly Expenditures During the Case Disbursement Period

---

This for is optional. It has been approved for use in the United States Bankruptcy Court for the CENTRAL DISTRICT OF CALIFORNIA.

F 2016-2.2.MOTION.TRUSTEE.DISBURSE

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

| | | |
|---|---|---|
| $ _____ | | Locksmith Services |
| $ _____ | | Initial Moving and Storage Costs; Books and Records and/or Property of the Estate |
| $ _____ | | Advertising Sale of Assets |
| $ _____ | | Books and Records Destruction Costs |
| $ 5,806.00 | | Taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes |
| $ _____ | | Other: 2018 state tax, $1,446, federal $2,584.00; 2019 state tax $888; 2020 state tax $888 |
| $ _____ | | Other: |
| $ _____ | | Other: |

**Total:**    $ __5,806.00__    Estimated Other Expenses During the Case Disbursement Period

The foregoing expenditures are justified by the following facts:

The Trustee has $400,586.40 on hand and anticipates receiving more funds into the estate. After payment of the above-noted tax liability, and further administration of the estate, the balance will be used to pay administrative costs and unsecured claimants.

---

This for is optional. It has been approved for use in the United States Bankruptcy Court for the CENTRAL DISTRICT OF CALIFORNIA.

F 2016-2.2.MOTION.TRUSTEE.DISBURSE

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
19800 MacArthur Blvd., Suite 820, Irvine, CA 92612

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING(NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic mail notice List to Receive NEF transmission at the email addresses stated below:

   - David J Cook      Cook@SqueezeBloodFromTurnip.com
   - Louis J Esbin      Louis@Esbinlaw.com
   - Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
   - Ronak N Patel     rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
   - United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**

   On August 17, 2020, I served the following persons and/or entities at the last known address in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, Postage prepaid, and address as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

   The Honorable Mark D. Houle
   United States Bankruptcy Court
   3420 Twelfth Street, Suite 365
   Riverside, CA 92501

   ☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (State method for each person or entity served):**

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

| August 17, 2020 | Linda Morvant | _/s/ Linda Morvant_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This for is optional. It has been approved for use in the United States Bankruptcy Court for the CENTRAL DISTRICT OF CALIFORNIA.

Page 6

F 2016-2.2.MOTION.TRUSTEE.DISBURSE

Daisy Wheel Ribbon Co., Inc.
1001 Doubleday Ave, B6
Ontario, CA 91761-1528

American Express
P.O. Box 981537
El Paso, TX 79998-1537

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Experian Consumer Relations
PO Box 2002
Allen, TX 75013-2002

Transunion
P.O. Box 2000
Crum Lynne, PA 19022-0200

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Ronak N Patel County of Riverside
Office of County Counsel
3960 Orange Street
Suite 500
Riverside, CA 92501-3644

Daisy Wheel Ribbon Co., Inc.
8575 Red Oak Street
Rancho Cucamonga, CA 91730