| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>Steven M. Speier, C.P.A.<br>Post Office Box 7637<br>Newport Beach, CA 92658<br>(949) 203-3609<br>steve@sspeier.net<br><br>Ch. 7 Trustee<br><br>☐ Attorney for chapter 7 trustee<br>☒ Chapter 7 trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>SEP 11 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY cargill    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Daisy Wheel Ribbon Co., Inc.<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:20-BK-10762-MH<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION FOR APPROVAL OF CASH DISBURSEMENTS**<br>**[LBR 2016-2]**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based upon the trustee's cash disbursement motion filed as docket entry number 34 (Motion), the Motion is:

☒ Granted. The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit B to the Motion.

☐ Denied. The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.

☐ Set for hearing on _____ at _____. The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.

☐ Other (*specify*):

###

Date: September 11, 2020

_Mark Houle_
Mark Houle
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 2016-2.2.ORDER.TRUSTEE.DISBURSE