1  California Department of Tax and Fee Administration
   Collections Support Bureau, MIC:55
2  450 N Street
   PO Box 942879
3  Sacramento CA 94279-0055
   Telephone (916) 309-5650

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA/RIVERSIDE

In re: Daisy Wheel Ribbon Co., Inc., Debtor(s)   )   Bankruptcy Case No. 20-10762
                                                 )
                                                 )   NOTICE OF WITHDRAWAL OF PROOF
                                                 )       OF CLAIM FOR TAXES
                                                 )
                                                 )   Chapter No. 7
                                                 )
                                                 )   Account No. 023-715302, 093-002359

Ryan Slauson, undersigned states

1) That I am one of the authorized representatives of the State of California Department of Tax and Fee Administration (functional successor to the State Board of Equalization); that as such I am qualified and empowered to and do withdraw the Department's claim in the amount of $104,715.00 as filed in these proceedings on 06/10/20 as Claim 6-1.

Dated: 12/02/20
At Sacramento, California

                                CALIFORNIA DEPARTMENT OF
                                TAX AND FEE ADMINISTRATION

                                _____
                                Ryan Slauson
                                Authorized Representative

-1-