Steven M. Speier, C.P.A.
Post Office Box 7637
Newport Beach, CA 92658
949-336-1895
sspeier@glassratner.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:20-BK-10762-MH |
| **DAISY WHEEL RIBBON CO., INC.,** | Chapter 7 |
| | **NOTICE OF WITHDRAWAL OF CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS** |
| | [No Hearing Required] |
| Debtor(s). | |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Steven M. Speier, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") of the above-entitled estate, hereby withdraws the document entitled, "Notice of Motion and Motion Under LBR 2016-2 for Approval of Cash Disbursements" (the "Motion") filed on August 17, 2020, Number 34 on the Court's Docket.   The Motion was filed in error.

Dated: December 15, 2020

_____
Steven M. Speier, Chapter 7 Trustee

1