1  Robert P. Goe – SBN 137019
   Ronghua S. Wang – SBN 324494
2  **GOE FORSYTHE & HODGES LLP**
   18101 Von Karman Ave., Ste. 510
3  Irvine, CA 92612
   RGoe@goeforlaw.com
4  SWang@goeforlaw.com
   Telephone: (949) 798-2460
5  Facsimile:  (949) 955-9437

6  Counsel for Steven M. Speier, Chapter 7 Trustee

FILED & ENTERED

MAR 02 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re Daisy Wheel Ribbon Co., Inc.,<br><br>Debtor. | Case No. 6:20-bk-10762-MH<br><br>Chapter 7 Proceeding<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING ABANDONMENT OF THE ESTATE'S INTEREST IN INVENTORY**<br><br>[No Hearing Required Unless Requested Under LBR 9013-1(o)] |

Upon consideration of Steven M. Speier (the "Trustee"), Chapter 7 Trustee of the bankruptcy estate of Daisy Wheel Ribbon Co., Inc., *Motion for Order Authorizing Abandonment of the Estate's Interest in Inventory* filed as Docket No. 41 ("Motion"), no opposition having been filed and good cause appearing,

\\\

1

IT IS ORDERED:

1. The Motion is granted.

2. The Estate's interest in the Inventory is abandoned.

###

Date: March 2, 2021

Mark Houle
United States Bankruptcy Judge