PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Abram.S.Feuerstein@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>DAISY WHEEL RIBBON CO., INC.,<br><br><br>Debtor. | Case No. 6:20-bk-10762-MH<br><br>CHAPTER 7<br><br>**NOTICE OF APPOINTMENT OF TRUSTEE; ACCEPTANCE OF APPOINTMENT AS TRUSTEE** |

-1-

Pursuant to 11 U.S.C. §§ 703(a)(1) and 322, Arturo Cisneros is hereby appointed Trustee of the bankruptcy case of DAISY WHEEL RIBBON CO., INC. This case is covered by the Chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

Dated: October 12, 2021

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ *Abram S. Feuerstein*
Abram S. Feuerstein
Assistant United States Trustee

I, the undersigned affirm that to the best of my knowledge and belief, I am disinterested within the meaning of § U.S.C. 101(14), and on this basis, I hereby accept my appointment as Trustee in the above case. I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

Dated: 10/12/21

Arturo Cisneros
TRUSTEE

-2-